# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA DANGCIL GOMEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS; JP MORGAN CHASE BANK, N.A.; TRUSTEE CORPS, a California corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:19-cv-00866-AG-DFM<br><br>**JUDGMENT**<br><br>Courtroom: 10D<br>Judge: Hon. Andrew J. Guilford |

| | |
|---|---|
| 1 | Following this Court's October 7, 2019 Order granting Defendant |
| 2 | CALIBER HOME LOANS, INC.'s ("Caliber") and Defendant JP MORGAN |
| 3 | CHASE BANK, N.A.'s ("Chase") Motions to Dismiss the First Amended |
| 4 | Complaint of Plaintiff MARISELA DANGCIL GOMEZ ("Plaintiff") without leave |
| 5 | to amend, the Court hereby enters judgment as follows: |

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Caliber and Chase are dismissed from the action with prejudice.
2. Judgment is entered in favor of Caliber and Chase and against Plaintiff.
3. Plaintiff shall take nothing as against Caliber or Chase.
4. Caliber and Chase may recover their costs.

IT IS SO ORDERED.

Dated: October 11, 2019   By: _____
Honorable Andrew J. Guilford
United States District Judge